UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FREDDIE J. RICE, JR., ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO. 3:04-CV-050 RM |
| v. ) | |
| ) | |
| WESTVILLE CORRECTIONAL FACILITY, ) | |
| ) | |
| Defendant ) | |

OPINION AND ORDER

Freddie J. Rice, Jr., a *pro se* prisoner, filed another letter seeking to waive the filing fee in this case. Despite Mr. Rice's protestations that he did not learn of this court's filing fee order until March 11, 2005, his letter of March 31, 2004 (docket # 7) asking this court to waive the filing fee makes clear that he knew at that time that he was obligated to pay the $150 filing fee. For the same reasons his previous request was denied, this motion (docket # 11) is also **DENIED**.

SO ORDERED.

ENTERED: October 3, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court